JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENIFER LEWIS,<br><br>    Plaintiff,<br><br>    v.<br><br>FOUR SEASONS HOTELS LIMITED,<br>FOUR SEASONS SAFARI LODGE<br>SERENGETI,<br><br>    Defendants. | Case No. CV 23-2830 DMG (PVCx)<br><br>JUDGMENT |

On April 4, 2024, the Court granted the motion to dismiss for lack of personal jurisdiction filed by Defendants Four Seasons Hotels Limited and Bilila Lodge Investment Limited (d/b/a Four Seasons Safari Lodge Serengeti).

**IT IS ORDERED, ADJUDGED AND DECREED** that the above-captioned action is **DISMISSED** without prejudice for lack of personal jurisdiction.

DATED: April 4, 2024

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE